AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Roger Lee Willis ) | Case No: 2:06CR20029 |
| ) | USM No: 07501-010 |
| Date of Previous Judgment: December 13, 2006 ) | Rex Chronister |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____   Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 2 1 2008

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

**III. ADDITIONAL COMMENTS**
Defendant is not eligible for a reduction pursuant to U.S.S.G. § 1B1.10 due to his Career Offender status pursuant to U.S.S.G. 4B1.1. A reduction in the base offense level would have no effect on the imprisonment range under the Guidelines.

Except as provided above, all provisions of the judgment dated   12/13/2006   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: August 21, 2008

Judge's signature

Effective Date: _____
(if different from order date)

Honorable Robert T. Dawson, U.S. District Judge
Printed name and title